Case 7:18-cr-00787 Document 1 Filed in TXSD on 04/19/18 Page United States District Court
Southern District of Texas
FILED

APR 19 2018

David J. Bradley, Clerk

AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Miguel Echevaria-Guizar

**CRIMINAL COMPLAINT**

Case Number: M-18-0829-M

IAE   YOB: 1992
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 18, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mercedes, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Miguel Echevaria-Guizar was encountered by Border Patrol Agents near Mercedes, Texas on April 18, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 5, 2017, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 4, 2017, through El Paso, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 22, 2015, the Defendant was convicted Manufacture of 1,000 Plants of Marijuana or more and was sentenced to thirty six (36) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

April 19, 2018    3:35 pm

Signature of Complainant
Renatto Benavides    Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer